# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00345-CR

**James Benedict Abell, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 8420, HONORABLE WILLIAM BACHUS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We grant appellant James Benedict Abell's pro se motion to dismiss his appeal. *See*
Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: July 16, 2010

Do Not Publish